UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ARCH WOOD PROTECTION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-CV-282 ) ) Chief Judge Curtis L. Collier |
| FLAMEDXX, LLC, | ) ) |
| Defendant. | ) |

**O R D E R**

On August 9, 2012, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), United States Magistrate Judge William B Carter filed a report and recommendation ("R&R") in this case (Court File No. 50). In the R&R, Judge Carter recommends attorney's fees and costs be imposed on Defendant FlamedXX, LLC in the amount of $37,940.35 (Court File No. 50). Neither party filed a timely objection to the R&R.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to Rule 72(b) (Court File No. 50).

Accordingly, the Court **ORDERS**:

(1) Plaintiff shall be awarded fees and expenses incurred in preparation of the application for default, motion for default judgment, and response in opposition to motion to set aside, for a total of **$13,719.25.00**;

(2) Plaintiff shall be awarded fees and expenses incurred in preparation of the February 8, 2012 evidentiary hearing, for a total of **$22,106.90**; and

(3) Plaintiff shall be awarded fees and expenses incurred in its attempts to obtain service on FlamedXX, for a total of **$2,114.20**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**